IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Merle Miller,                            Case No. 3:05CV7454

        Plaintiff,

        v.                                   Judgment Entry

Perry Corporation,

        Defendant.

For the reasons stated in the Order filed April 17, 2007, it is hereby

ORDERED that Perry Corporation's motion for summary judgment be, and the same hereby is granted. Case closed.

So ordered.

                                      s/James G. Carr
                                      James G. Carr
                                      Chief Judge